ANNA K. GILMAN, APPELLANT, *v.* THEOPHILUS GILMAN, RESPONDENT.

*Discretionary power in executors — must be exercised by majority.*

Where a discretionary power is given to executors to withhold payments to certain children of the testator, it must be exercised by a majority of the executors.

APPEAL from an order of the surrogate of the county of New York, directing the payment of $25,000 to the respondent, as part of his residuary interest in the estate of the testator. The payment was opposed by one of the then executors: 1st. Because she thought it desirable that the payment should be deferred, the testator having given a discretionary power to his executors to withhold payment from his children, for a suitable period beyond the age of twenty-five years; 2d. That the amount would, with what the respondent had already received, exceed what had been paid to the other legatees, which was denied by the respondent. The court modified the order by reducing the amount to $17,000.

*E. C. Benedict,* for the appellant.

*Charles H. Glover,* for the respondent.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Order modified by reducing amount to $17,000, and as thus modified affirmed, without costs to either party.